# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Zachary Sanders                                Docket No. 7:09-CR-66-1BO

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Zachary Sanders, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 20, 2010, to the custody of the Bureau of Prisons for a term of 51 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Zachary Sanders was released from custody on October 4, 2012, at which time the term of supervised release commenced. According to the Presentence Report, the defendant was charged in 1998 with First Degree Statutory Sexual Offense and Indecent Liberties With a Child after he engaged in a sexual act by forcing his thumb into the vagina of a child under the age of 13. Pursuant to a plea agreement, he was allowed to plead guilty to felonious Crimes Against Nature, an offense which is excluded from the North Carolina Sex Offender Registration Requirements. Based upon this conviction, as well as other prior convictions including Assault on a Child Under Age 12 and Assault With Intent to Commit Rape, the probation office believes it is necessary to supervise Sanders according to the policies of the NCE Sex Offender Program. As such, the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer. While under supervision in the Eastern District of North Carolina, the defendant shall further abide by the rules and regulations of the NCE Sex Offender Program.

Zachary Sanders
Docket No. 7:09-CR-66-1BO
Petition For Action
Page 2

2. The defendant shall submit to a search of his person, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant. The search may be conducted by any law enforcement officer or probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Julie Wise Rosa
Julie Wise Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8660
Executed On: October 11, 2012

### ORDER OF COURT

Considered and ordered this __15__ day of __October__, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge